NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JON T. HOFFMAN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5106

---

Appeal from the United States Court of Federal Claims in No. 11-CV-0904, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a stay of the deadline to file its brief and the briefing schedule until the end of the lapse in appropriations to the Department of Justice, and for an extension of time, until November 4, 2013, to file its response brief.

Upon consideration thereof,

HOFFMAN V. US                                             2

IT IS ORDERED THAT:

The motion is granted to the extent that the United States' brief is due no later than November 4, 2013.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s27